**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gioulnara SALIMOVA, Defendant–
Appellant.**

**No. 00–50703.**

**D.C. No. CR–97–01258–RSWL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002.\*

Decided Aug. 16, 2002.

---

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM\*\*

Gioulnara Salimova appeals her sentence imposed following our remand in her prior appeal, No. 98–50502. Salimova has completed serving the custodial portion of her sentence. Salimova's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salimova has not filed a pro se supplemental brief.

Counsel identifies the potential issue of whether the district court's restitution order is authorized by the restitution statute, 18 U.S.C. § 3663A. We conclude that the district court was permitted to include losses beyond those of the offenses of conviction because Salimova was convicted of participating in a scheme to defraud banks, in violation of 18 U.S.C. § 1344. *See United States v. Johnson,* 132 F.3d 1279, 1286–87 (9th Cir.1997) (stating that § 3663A(a)(2) authorizes restitution for losses beyond the offense of conviction where the offense includes an element of a scheme, conspiracy or pattern of criminal conduct). The evidence was sufficient, for purposes of sentencing, to support the district court's finding that these other losses

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

were connected to the scheme in which Salimova participated. *See United States v. Egge,* 223 F.3d 1128, 1132 (9th Cir.2000) ("In making factual determinations, a sentencing judge is generally not restricted to evidence that would be admissible at trial.").

Our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no other issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.